The judgment is reversed, and the cause remanded.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## SWOR v. STATE.
### No. 15584.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

F. S. Jones, of Beaumont, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

### HAWKINS, J.

Conviction is for aggravated assault; punishment being a fine of $25.

No statement of facts or bills of exception are found in the record. The indictment appears regular on its face. In this condition of the record nothing is presented for review.

The judgment is affirmed.

## BARNES v. STATE.
### No. 15582.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CALHOUN, J.

The offense, burglary; the punishment, 12 years in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## ATOR v. STATE.
### No. 15544.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

J. T. Ranspot, of Mineral Wells, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for theft of cattle, punishment being two years in the penitentiary.

We find no statement of facts or bills of exception in the record. The indictment appears regular on its face. Nothing is presented for review.

The judgment is affirmed.